## SU ZAN PARK, Plaintiff–Appellant,

v.

## BRANCH BANKING & TRUST COMPANY OF VIRGINIA; Ji Won Kim; Chang Yun Jenn; Greg Nosar, Defendants–Appellees.

### No. 10–1247.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2010.

Decided: June 9, 2010.

Su Zan Park, Appellant Pro Se. Ji Won Kim, Appellee Pro Se. Mary Catherine Zinsner, Troutman & Sanders, LLP, McLean, Virginia, for Appellees Branch Banking & Trust Company of Virginia and Greg Nosar.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Su Zan Park appeals the district court's order granting defendants' Fed. R. Civ. P. 12(b)(6) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Park v. Branch Banking & Trust Co.*, No. 1:09–cv–01253–LMB–TCB (E.D.Va. Jan. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*